GRIFFIN *et al. v.* GRIFFIN.
GRIFFIN *et al. v.* PENNINGTON.

HILL, J. These cases are controlled by the principle ruled in the case of *Griffin* v. *Griffin*, this day decided, ante 547.

*Judgment reversed. All the Justices concur.*

Nos. 2839, 2849. JUNE 13, 1922.

Description of cases, and counsel's names, as in case next before.

---

MCCOY *v.* JOHNSON.

PER CURIAM. The petition sets forth a cause of action, and the court below did not err in overruling the demurrer thereto.

*Judgment affirmed. All the Justices concur, except Beck, P. J., and Gilbert, J., dissenting.*

No. 2904. JUNE 13, 1922.

Equitable petition. Before Judge Jones. Rabun superior court. August 23, 1921.

*H. G. Robertson, Hugh Howell,* and *Dorsey, Brewster, Howell & Heyman,* for plaintiff in error.

*R. E. A. Hamby, J. T. Davis,* and *Charters, Wheeler & Lilly,* contra.